**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **AGATHA D. ADAMS et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1660-G** |
| | ) | |
| **DOLLAR TREE STORES, INC., a** | ) | |
| **Foreign for Profit Business Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Now before the Court is a Motion to Dismiss (Doc. No. 3) filed by Defendant Dollar Tree Stores, Inc., seeking dismissal of Plaintiffs' initial pleading (Doc. No. 1-1).

Plaintiffs have now timely filed an Amended Complaint (Doc. No. 4). *See* Fed. R. Civ. P. 15(a)(1)(B); Pls.' Resp. (Doc. No. 5). Plaintiffs' Amended Complaint supersedes the original pleading and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991).

Accordingly, the pending Motion to Dismiss (Doc. No. 3) is DENIED AS MOOT.

IT IS SO ORDERED this 13th day of August, 2026.

CHARLES B. GOODWIN
United States District Judge